**PIERSON FERDINAND LLP**
Jill A. Guldin, Esq. (No. 93657)
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103
Telephone: (856) 896-4096
Facsimile: (856) 494-1566
Email: jill.guldin@pierferd.com
*Counsel for Defendant Innovis Data Solutions, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Atlas Data Privacy Corp., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Innovis Data Solutions, Inc., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:24-cv-4176<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>[Local Civil rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which defendant, Innovis Data Solutions, Inc., may answer, move, or otherwise reply to the Complaint filed by Plaintiff(s) herein and it is represented that:

　　1. No previous extension has been obtained;

　　2. This case was removed to this Court on March 25, 2024; and

　　3. Time to Answer, Move or otherwise Reply expires on April 1, 2024.

Dated: March 27, 2024　　　　　　　　　　*/s/ Jill A. Guldin*
　　　　　　　　　　　　　　　　　　　　PIERSON FERDINAND LLP
　　　　　　　　　　　　　　　　　　　　Jill A. Guldin, Esq. (No. 93657)
　　　　　　　　　　　　　　　　　　　　One Liberty Place
　　　　　　　　　　　　　　　　　　　　1650 Market Street, 36th Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　　　Telephone: (856) 896-4096
　　　　　　　　　　　　　　　　　　　　Facsimile: (856) 494-1566
　　　　　　　　　　　　　　　　　　　　Email: jill.guldin@pierferd.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Innovis Data Solutions, Inc.*

## **ORDER**

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.

ORDER DATED: _____

By:_____
    Deputy Clerk