**PIERSON FERDINAND LLP**
Jill A. Guldin, Esq. (No. 93657)
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone: (856) 896-4096
Facsimile: (856) 494-1566
Email: jill.guldin@pierferd.com
*Counsel for Defendant Innovis Data Solutions, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> INNOVIS DATA SOLUTIONS, INC., *et al.*, <br><br> Defendant. | Case No. 1:24-cv-04176 <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* **OF JASON A. SPAK, ESQUIRE** |

Jill A. Guldin hereby moves this Honorable Court to admit Jason A. Spak, Esquire as counsel *pro hac vice* for Defendant Innovis Data Solutions, Inc. ("Innovis"), and in support, states as follows:

1.  I am a partner in the law firm of Pierson Ferdinand LLP, with offices in Princeton, New Jersey. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this Motion in support of the application by Jason A. Spak, Esquire, FisherBroyles, LLP, 6360 Broad Street #5262, Pittsburgh, PA 15206, to appear as counsel *pro hac vice* for Defendant Innovis.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney fully admitted to practice in this Court. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice*.

5. Plaintiff in this matter consents and has no objection to the *pro hac vice* admission of Mr. Spak.

6. On behalf of Defendant Innovis, I respectfully request that the Court grant this Motion and admit Jason A. Spak to appear and participate in this matter as counsel for Defendant Innovis, *pro hac vice*, pursuant to Local Civil Rule 101.1(c).

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

                                              **PIERSON FERDINAND LLP**
                                              *Counsel for Defendant Innovis Data Solutions, Inc.*

Dated: April 10, 2024                     By: s/ Jill A. Guldin
                                                 JILL A. GULDIN

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Motion with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

**PIERSON FERDINAND LLP**
*Counsel for Defendant Innovis Data Solutions, Inc.*

Dated: April 10, 2024

By: s/ Jill A. Guldin
JILL A. GULDIN