UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> INNOVIS DATA SOLUTIONS, INC., *et al.*, <br><br> Defendant. | Case No. 3:24-cv-04176 <br><br> **CERTIFICATION IN SUPPORT OF MOTION FOR ADMISSION OF JASON A. SPAK, ESQUIRE** <br> *PRO HAC VICE* |

Jason A. Spak, in support of the motion for his admission as counsel *pro hac vice* for Defendant Innovis Data Solutions, Inc. ("Innovis") certifies and states as follows:

1. I am fully admitted in good standing to the bar of the Pennsylvania state courts, and to the bars of thirty (30) federal courts, and pursuant to Local Rule 101.1(c)(1), I am attaching a list, as Exhibit A, which discloses each court to which I am admitted and the address of the Clerk of Court who maintains the roll of its members.

2. I hereby certify, pursuant to Local Rule 101.1(c)(1), that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

3. I understand that, if I am admitted *pro hac vice*, I shall have the continuing obligation during the period of such admission promptly to advise the Court of the disposition made of pending charges against me or of the institution of new disciplinary proceedings involving me.

4. I understand that, if I am admitted *pro hac vice*, I will be required to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for each and every calendar year that I seek to represent Defendant Innovis as its *pro hac vice* counsel in this matter.

5. I understand that, if I am admitted *pro hac vice*, I will be required to make a payment of $150 to this Court's Clerk of Court.

6. My full contact information is as follows:

> Jason A. Spak
> FisherBroyles, LLP
> 6360 Broad Street #5262
> Pittsburgh, PA 15206
> T: 412-230-8555
> F: 412-774-2382
> E: jason.spak@fisherbroyles.com

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

**FISHERBROYLES, LLP**

By: _____
JASON A. SPAK

Dated: April 10, 2024

# EXHIBIT A

**STATE AND FEDERAL COURTS TO WHICH JASON A. SPAK HAS BEEN ADMITTED**

I, Jason Spak, certify that I have been admitted to the bars of the following courts after graduating from law school in 2002; that I have practiced law in all of them; that I am admitted as a member in good standing of all of them; and that I have never been subject to discipline in any of them.

|    | Court | Date of Admission | Active? | In Good Standing? | Bar Number |
|----|-------|-------------------|---------|-------------------|------------|
| 1  | Supreme Court of Pennsylvania | 10/21/2002 | Yes | Yes | 89077 |
| 2  | Western District of Pennsylvania | 1/14/2003 | Yes | Yes | 89077 |
| 3  | Eastern District of Pennsylvania | 8/27/2004 | Yes | Yes | 89077 |
| 4  | District of Colorado | 9/20/2006 | Yes | Yes | n/a |
| 5  | Eastern District of Wisconsin | 11/3/2006 | Yes | Yes | 89077 |
| 6  | Southern District of Texas | 4/9/2009 | Yes | Yes | PA89077 |
| 7  | Western District of Pennsylvania Bankruptcy | 4/20/2009 | Yes | Yes | n/a |
| 8  | Eastern District of Michigan | 1/13/2011 | Yes | Yes | n/a |
| 9  | Third Circuit Court of Appeals | 7/18/2011 | Yes | Yes | n/a |
| 10 | Middle District of Pennsylvania | 5/3/2013 | Yes | Yes | 89077 |
| 11 | Northern District of Texas | 8/29/2014 | Yes | Yes | 89077PA |
| 12 | Western District of Texas | 11/12/2014 | Yes | Yes | n/a |
| 13 | Western District of Wisconsin | 06/24/2015 | Yes | Yes | 89077 |
| 14 | Northern District of Illinois | 06/26/2015 | Yes | Yes | 89077 |
| 15 | Southern District of Indiana | 6/1/2016 | Yes | Yes | 89077 |
| 16 | Central District of Illinois | 10/12/2016 | Yes | Yes | n/a |
| 17 | Southern District of Illinois | 10/10/2017 | Yes | Yes | n/a |
| 18 | Western District of New York | 3/22/2018 | Yes | Yes | n/a |
| 19 | District of Columbia Circuit Court of Appeals | 5/15/2018 | Yes | Yes | 61038 |
| 20 | Eastern District of Arkansas | 9/17/2018 | Yes | Yes | 89077 |
| 21 | Western District of Arkansas | 9/17/2018 | Yes | Yes | 89077 |
| 22 | Eastern District of Missouri | 9/27/2018 | Yes | Yes | 89077PA |
| 23 | Sixth Circuit Court of Appeals | 7/5/2019 | Yes | Yes | n/a |
| 24 | District of Maryland | 11/22/2019 | Yes | Yes | 21149 |
| 25 | Western District of Tennessee | 12/11/2019 | Yes | Yes | n/a |
| 26 | Northern District of Ohio | 5/12/2020 | Yes | Yes | n/a |
| 27 | Eighth Circuit Court of Appeals | 5/13/2020 | Yes | Yes | PA89077 |
| 28 | District of Nebraska | 7/16/2020 | Yes | Yes | n/a |
| 29 | District of Columbia | 01/03/2022 | Yes | Yes | PA0105 |
| 30 | Eastern District of Texas | 08/01/2022 | Yes | Yes | n/a |
| 31 | Western District of Michigan | 4/25/2023 | Yes | Yes | n/a |

The contact information for these courts is as follows:

Supreme Court of Pennsylvania:  414 Grant Street, Room 801, Pittsburgh, PA 15219.
Western District of Pennsylvania:  700 Grant Street, Pittsburgh, PA 15219.
Eastern District of Pennsylvania:  601 Market Street, Room 2609, Philadelphia, PA 19106-1797.
District of Colorado:  901 19th Street, Room A105, Denver, CO 80294-3589.
Eastern District of Wisconsin:  517 East Wisconsin Avenue, Room 362, Milwaukee, WI 53202.

Western District of Pennsylvania Bankruptcy:  600 Grant Street, Suite 5414, Pittsburgh, PA 15219.
Southern District of Texas:  515 Rusk Avenue, Houston, TX 77002.
Eastern District of Michigan:  231 W. Lafayette Blvd, Detroit, MI 48226.
Third Circuit:  601 Market Street, Room 21400, Philadelphia, PA 19106.
Middle District of Pennsylvania:  P.O. Box 1148, Scranton, PA 18501-1148.
Northern District of Texas:  1100 Commerce St, Dallas, TX 75242.
Western District of Texas:  501 West Fifth Street, Suite 1100, Austin, Texas 78701.
Western District of Wisconsin:  120 N. Henry St., Room 320, Madison, WI 53703.
Northern District of Illinois:  219 South Dearborn Street, Chicago, IL 60604;
Southern District of Indiana:  46 East Ohio Street, Indianapolis, IN 46204.
Central District of Illinois:  201 S. Vine Street, Room 218, Urbana, IL 61802.
Southern District of Illinois:  750 Missouri Avenue, East St. Louis, IL 62201.
Western District of New York:  2 Niagara Square, Buffalo, NY 14202-3498.
District of Columbia Circuit:  333 Constitution Ave. NW, Washington, DC 20001.
Eastern District of Arkansas:  600 W Capitol Ave, Room A149, Little Rock, AR 72201.
Western District of Arkansas:  30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901-2437,
Eastern District of Missouri:  111 South 10th Street, St. Louis, MO 63102.
Sixth Circuit:  100 East Fifth Street, Cincinnati, OH 45202.
District of Maryland:  6500 Cherrywood Lane, Greenbelt, MD 20770
Western District of Tennessee:  167 N. Main Street, Room 242, Memphis, TN 38103
Northern District of Ohio:  801 West Superior Avenue, Cleveland, Ohio 44113
Eighth Circuit:  111 South 10th Street, Room 24.329, St. Louis, MO 63102
District of Nebraska:  100 Centennial Mall North, Lincoln, NE 68508
District of Columbia:  333 Constitution Avenue NW, Room 1225, Washington, DC 20001
Eastern District of Texas:  211 West Ferguson Street, Room 106, Tyler, Texas 75702
Western District of Michigan:  110 Michigan St NW, Room 339, Grand Rapids MI 49503

    I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  April 10, 2024    Signature:  _Jason A. Spak_ (signed)