

**PIERSON FERDINAND**

JILL A. GULDIN
DEPUTY GENERAL COUNSEL & LITIGATION PARTNER

Mail
304 Parkville-Station Rd. PMB #248
Mantua, New Jersey 08051

Office
100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540

Direct: 609.896.4096
Email: jill.guldin@pierferd.com

April 16, 2024

<u>BY ECF AND E-MAIL</u>

Hon. Harvey Bartle III
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    <u>Atlas Data Privacy *et al*. v. Innovis Data Solutions Inc. *et al*.</u>
              <u>U.S. District Court, District of New Jersey; 1:24-cv-04176-HB</u>

Dear Judge Bartle:

This firm is local counsel for defendant, Innovis Data Solutions Inc. ("Innovis") in the above-captioned matter, which is one of the numerous Daniel's Law cases that are the subject of the Case Management Conference scheduled for Thursday, April 18, 2024 at 10:00 a.m. (the "CMC").

I recently filed a Motion for Leave to Appear *Pro Hac Vice* of Jason A. Spak [ECF 7], which motion Plaintiff has indicated it will not oppose. However, the motion is set down for a date next month which is beyond the upcoming CMC date.

Considering that the motion for *pro hac vice* admission is unopposed and that Attorney Spak is intimately familiar with the factual background of this matter, I respectfully request that Attorney Spak be permitted to appear at the CMC and that my presence as local counsel not be required. The Court's granting of this request will enable a productive CMC, and also enable me to attend a pre-scheduled appointment with my father and his oncologist to discuss treatment complications and options related to his recent cancer diagnosis.

Thank you for the Court's consideration of my request.

                                                        Respectfully submitted,

                                                        Jill A. Guldin, Esq.

cc: Rajiv Parikh, Esq.

CALIFORNIA   COLORADO   DELAWARE   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   MICHIGAN   NEW JERSEY   NEW YORK   NORTH CAROLINA
OHIO   PENNSYLVANIA   TEXAS   WASHINGTON   WASHINGTON, D.C.