UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INNOVIS DATA SOLUTIONS, INC., *et al.*,<br><br>Defendant. | Case No. 1:24-cv-04176<br><br>**ORDER OF COURT REGARDING ADMISSION OF JASON A. SPAK** *PRO HAC VICE* |

This matter having been brought before the Court on Defendant Innovis's Motion for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to FRCP 78 and D.N.J. L.Civ.R.101.1, and good cause having been shown; it is hereby ORDERED that the Motion is **GRANTED** and that:

• Jason A. Spak, Esquire is permitted to appear as counsel for Defendant Innovis *pro hac vice*;

• Pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders;

- The applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and

- The $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

    United States District Court
    District of New Jersey
    Mitchell H. Cohen Building & U.S. Courthouse
    4th & Cooper Streets Room 1050
    Camden, NJ 08101
    Attention: Pro Hac Vice Admissions; and

- The applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

BY THE COURT:

*Harvey Bartle III*
Hon. Harvey Bartle III, District Judge
Date: April 15, 2024

2