UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corp., et al.

          Plaintiff(s),

v.

Innovis Data Solutions, Inc., et al.

          Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 1:24-cv-04176

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                s/ Jill A. Guldin
                                                              Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Jason A. Spak

Address: FisherBroyles, LLP

6360 Broad St. #5262

Pittsburgh, PA 15206

E-mail: jason.spak@fisherbroyles.com

(One email address only)

Instructions for **LOCAL COUNSEL** for filing:
1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.