UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                    **DATE OF PROCEEDINGS: 05/7/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4176 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
           v.
INNOVIS DATA SOLUTIONS INC. et al.

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:50 PM                    Time Adjourned: 3:52 PM

Total:  2 minutes

                                            s/ *David Bruey*
                                            **DEPUTY CLERK**