JILL A. GULDIN
DEPUTY GENERAL COUNSEL & LITIGATION PARTNER

Mail
304 Parkville-Station Rd. PMB #248
Mantua, New Jersey 08051

Office
100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540

Direct: 609.896.4096
Email: jill.guldin@pierferd.com

June 11, 2024

**Via ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** ***Atlas Data Privacy Corp., et al v. Innovis Data Solutions, Inc., et al.***
**No. 1:24-CV-4176**
**Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant Innovis Data Solutions, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed last evening under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Very truly yours,

PIERSON FERDINAND

Jill A. Guldin, Esq.

cc: All counsel of record (via ECF)

CALIFORNIA COLORADO DELAWARE FLORIDA GEORGIA ILLINOIS MASSACHUSETTS MICHIGAN NEW JERSEY NEW YORK NORTH CAROLINA
OHIO PENNSYLVANIA TEXAS WASHINGTON WASHINGTON, D.C.