# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Scalable Commerce, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4160 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Labels & Lists, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4174 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Innovis Data Solutions Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4176 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Accurate Append, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4178 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Zillow, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4256 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
|      *Plaintiff*      ) | | |
|          v.      ) | Case No. 24-4261 | |
|          ) | | |
| <u>Equimine, Inc., et. al.</u>    ) | | |
|      *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
|      *Plaintiff*      ) | | |
|          v.      ) | Case No. 24-4292 | |
|          ) | | |
| <u>Melissa Data Corp., et. al.</u>    ) | | |
|      *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
|      *Plaintiff*      ) | | |
|          v.      ) | Case No. 24-4324 | |
|          ) | | |
| <u>Restoration of America, et. al.</u>    ) | | |
|      *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
|      *Plaintiff*      ) | | |
|          v.      ) | Case No. 24-4345 | |
|          ) | | |
| <u>i360, LLC, et. al.</u>    ) | | |
|      *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
|      *Plaintiff*      ) | | |
|          v.      ) | Case No. 24-4380 | |
|          ) | | |
| <u>GoHunt, LLC, et. al.</u>    ) | | |
|      *Defendant*      ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Accuzip, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4383 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Synaptix Technology, LLC, et. al. )<br>*Defendant* ) | | Case No. 24-4385 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Joy Rockwell Enterprises, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4389 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Fortnoff Financial, LLC, et. al. )<br>*Defendant* ) | | Case No. 24-4390 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>MyHeritage, Ltd., et. al. )<br>*Defendant* ) | | Case No. 24-4392 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4434 |
| | ) | |
| <u>E-merges.com, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| <u>Nuwber, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| <u>RocketReach LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4949 |
| | ) | |
| <u>Belles Camp Communications, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5600 |
| | ) | |
| <u>Property Radar Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>The Alesco Group, L.L.C., et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-5656 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Searchbug, Inc., et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Amerilist, Inc., et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>U.S. Data Corporation, et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-7324 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br> *Plaintiff* </br> v. </br> </br> <u>Smarty, LLC, et. al.</u> </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No. 24-8075 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | |
| *Plaintiff*    ) | |
| v.    ) | Case No. 24-8451 |
|     ) | |
| <u>Compact Information Systems, LLC., et. al.</u>    ) | |
| *Defendant*    ) | |
| | |
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | |
| *Plaintiff*    ) | |
| v.    ) | Case No. 24-10600 |
|     ) | |
| <u>Darkowl, LLC, et. al.</u>    ) | |
| *Defendant*    ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date:   <u>12/6/2024</u>

<u>/s/ Kashif Chand</u>
*Attorney's signature*

<u>KASHIF T. CHAND
N.J. Bar No. 016752008</u>
*Printed name and bar number*

<u>New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101</u>
*Address*

<u>KASHIF.CHAND@LAW.NJOAG.GOV</u>
*E-mail address*

<u>973-648-2052</u>
*Telephone number*

<u>973-648-3879</u>
*FAX number*