UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**

DATE OF PROCEEDING: December 10, 2024

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**     **DOCKET NO.:** 24-4176 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
INNOVIS DATA SOLUTIONS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:24a.m.    Time Adjourned: 10:26a.m.    Total Time in Court: 0:02