```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : | NO. 24-4045 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| INNOVIS DATA SOLUTIONS INC., et al. | : | NO. 24-4176 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| RESTORATION OF AMERICA, et al. | : | NO. 24-4176 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SMARTY, LLC, et al. | : | NO. 24-8075 |

## ORDER

AND NOW, this 9th day of June 2025, after receipt of a letter from the Office of the Attorney General of New Jersey, it is hereby ORDERED that:

(1) The oral argument scheduled for **Monday, June 16, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey, is ADJOUNRED <u>only</u> as to any arguments that Daniel's Law is preempted by the Communications Decency Act ("CDA"), 47 U.S.C. § 230, or the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*. <u>See, e.g.</u>, Order, Atlas Data Privacy Corp. v. We Inform, LLC., 24-cv-4037 (D.N.J. filed May 22, 2025) (Doc. #59);

(2) The oral argument as to all other issues and the status conference will be held as scheduled;

(3) The Attorney General of New Jersey shall file on or before July 14, 2025 a consolidated brief in the above actions addressing Defendants' defenses under the CDA, FCRA, and the National Voter Restoration Act, 52 U.S.C. § 20501, *et seq.* The consolidated brief shall not exceed 30 pages; and

(4)  Defendants shall file on or before July 28, 2025 any reply brief.  Such brief shall not exceed 15 pages.

BY THE COURT:

/s/  Harvey Bartle III
                                        J.