# UNITED STATES DISTRICT COURT

for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al. )
     *Plaintiff* )
          v. )           Case No. 24-4096
 )
Delvepoint, LLC, et. al. )
     *Defendant* )


Atlas Data Privacy Corporation, et. al. )
     *Plaintiff* )
          v. )           Case No. 24-4098
 )
Quantarium Alliance, LLC, et. al. )
     *Defendant* )


Atlas Data Privacy Corporation, et. al. )
     *Plaintiff* )
          v. )           Case No. 24-4103
 )
Yardi Systems, Inc., et. al. )
     *Defendant* )


Atlas Data Privacy Corporation, et. al. )
     *Plaintiff* )
          v. )           Case No. 24-4141
 )
Digital Safety Products, LLC, et. al. )
     *Defendant* )


Atlas Data Privacy Corporation, et. al. )
     *Plaintiff* )
          v. )           Case No. 24-4143
 )
Cvil Data Research )
     *Defendant* )

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| Scalable Commerce, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| Labels & Lists, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| Innovis Data Solutions Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| Accurate Append, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| Zillow, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4261 |
| | ) | |
| Equimine, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4292 |
| | ) | |
| Melissa Data Corp., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4324 |
| | ) | |
| Restoration of America, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4345 |
| | ) | |
| i360, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4380 |
| | ) | |
| GoHunt, LLC, et. al. | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al.    )
       *Plaintiff*    )
          v.    )       Case No. 24-4383
    )
Accuzip, Inc., et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
       *Plaintiff*    )
          v.    )       Case No. 24-4385
    )
Synaptix Technology, LLC, et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
       *Plaintiff*    )
          v.    )       Case No. 24-4389
    )
Joy Rockwell Enterprises, Inc., et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
       *Plaintiff*    )
          v.    )       Case No. 24-4390
    )
Fortnoff Financial, LLC, et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
       *Plaintiff*    )
          v.    )       Case No. 24-4392
    )
MyHeritage, Ltd., et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
        *Plaintiff*       )
           v.      )      Case No. 24-4434
        )
E-merges.com, Inc., et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
        *Plaintiff*       )
           v.      )      Case No. 24-4609
        )
Nuwber, Inc., et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
        *Plaintiff*       )
           v.      )      Case No. 24-4664
        )
RocketReach LLC, et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
        *Plaintiff*       )
           v.      )      Case No. 24-4949
        )
Belles Camp Communications, Inc., et. al.    )
       *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
        *Plaintiff*       )
           v.      )      Case No. 24-5600
        )
Property Radar Inc., et. al.    )
       *Defendant*    )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| <u>The Alesco Group, L.L.C., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| <u>Searchbug, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| <u>Amerilist, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| <u>U.S. Data Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| <u>Smarty, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| <u>Darkowl, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## <u>APPEARANCE OF COUNSEL</u>

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>


Date
:

6/11/2025

*Kathleen C Riley*
*Attorney's signature*

KATHLEEN C. RILEY
N.J. Bar No. 307982019
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KATHLEEN.RILEY@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*