IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : | NO. 24-4045 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| INNOVIS DATA SOLUTIONS INC., et al. | : | NO. 24-4176 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| RESTORATION OF AMERICA, et al. | : | NO. 24-4176 |

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.          :
                             :
        v.                   :
                             :
SMARTY, LLC, et al.          :            NO. 24-8075
```

<u>ORDER</u>

AND NOW, this 2nd day of July 2025, it is hereby ORDERED that the court will hold Oral Argument on **Monday, August 11, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey regarding the motions of Defendants to dismiss the above actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Daniel's Law is preempted by federal law and is unconstitutional as applied.

BY THE COURT:


/s/  Harvey Bartle III
                                        J.