## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Atlas Data Privacy Corp., *et al.*, <br>                        Plaintiffs, <br> v. <br><br> Innovis Data Solutions, Inc., *et al.*, <br>                        Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL** <br><br> Case No. 1:24-cv-04176-HB |

**NOTICE IS HEREBY GIVEN** that, subject to the approval of the Court, Defendant Innovis Data Solutions, Inc. substitutes Troutman Pepper Locke LLP as counsel of record in place of Pierson Ferdinand LLP.

Dated: July 14, 2025.

| | |
|---|---|
| /s/ Jill Guldin <br> Jill Guldin <br> Pierson Ferdinand LLP <br> 100 Overlook Center, 2nd Floor <br> Princeton, NJ 08540 <br> T: 609.896.4096 <br> E: jill.guldin@pierferd.com | /s/ Melissa A. Chuderewicz <br> Melissa A. Chuderewicz <br> Troutman Pepper Locke, LLP <br> 104 Carnegie Center Suite 203 <br> Princeton, NJ 08540 <br> T: 609-951-4118 <br> E: melissa.chuderewicz@troutman.com <br><br> Angelo A. Stio, III <br> Troutman Pepper Locke, LLP <br> 104 Carnegie Center Suite 203 <br> Princeton, NJ 08540 <br> T: 609-951-4125 <br> E: angelo.stio@troutman.com |

Stephanie L. Jonaitis
Troutman Pepper Locke, LLP
104 Carnegie Center Suite 203
Princeton, NJ 08540
T:  609-951-4212
E:  stephanie.jonaitis@troutman.com

*Outgoing Attorney for Innovis Data Solutions, Inc., et al*

*Incoming Attorneys for Innovis Data Solutions, Inc., et al.*

SO ORDERED

The Honorable Harvey Bartle III, United States District Judge          July _____, 2025

**CERTIFICATE OF SERVICE**

      I, Melissa A. Chuderewicz, hereby certify that on July 14, 2025 a true and correct copy of the foregoing Notice of Substitution of Counsel was served via Electronic Case Filing (ECF) Notification upon the counsel of record.

                                                  /s/ Melissa A. Chuderewicz
                                                  Melissa A. Chuderewicz