Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
609.452.0808
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com
stephanie.jonaitis@troutman.com

*Attorneys for Defendant*
*Innovis Data Solutions, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al., Plaintiffs, v. INNOVIS DATA SOLUTIONS, INC., *et al.*, Defendants. | (Electronically Filed) <br><br> Civil Action No. 1:24-cv-04176-HB <br><br> **NOTICE OF APPEARANCE** |
|---|---|

The undersigned hereby appears on behalf of defendant Innovis Data Solutions, Inc. in the above matter.

           Respectfully,

           **TROUTMAN PEPPER LOCKE LLP**

By:   /s/ Angelo A. Stio, III
        Angelo A. Stio, III
        Troutman Pepper Locke LLP
        104 Carnegie Center Suite 203
        Princeton, NJ 08540
        T:  609-951-4125
        E:  angelo.stio@troutman.com

        *Attorneys for Defendant*
        *Innovis Data Solutions, Inc.*

Dated:  July 16, 2025