UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

                                        **DATE OF PROCEEDING**:     August 11, 2025
**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**  JOHN KURZ

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4176 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
INNOVIS DATA SOLUTIONS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   MOTION HEARING

Hearing on [45] Motion to Dismiss held on the record.

                                        s/Lawrence Macstravic
                                        Deputy Clerk

Time Commenced: 11:03a.m.     Time Adjourned: 11:24a.m.     Total Time in Court: 0:21