IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : | NO. 24-4045 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| INNOVIS DATA SOLUTIONS INC., et al. | : | NO. 24-4176 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| RESTORATION OF AMERICA, et al. | : | NO. 24-4176 |

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
SMARTY, LLC, et al.             :        NO. 24-8075
```

ORDER

AND NOW, this 25th day of August, 2025 it is hereby ORDERED that:

(1) The motion of defendant Innovis Data Solutions, Inc. to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is preempted by the Fair Credit Reporting Act is GRANTED to the extent that covered persons seek to have their home addresses removed from lists provided by Innovis in connection with firm offers of credit or insurance under 15 U.S.C. §§ 1681b(c) and (e); and

(2) The motions of defendants We Inform, LLC, Infomatics, LLC, The People Searchers, LLC, Innovis Data Solutions Inc., Restoration of America, Voter Reference Foundation, and Smarty, LLC to dismiss the complaints under Rule 12(b)(6) of the Federal Rules of Civil Procedure are otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.