

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

March 6, 2026

<u>VIA ECF</u>
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the District of New Jersey (by designation)
c/o United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re: <u>In re Daniel's Law Compliance Litigation</u>
    Docket Nos: 24-4075 (DM)
          24-4080 (Deluxe)
          24-4141 (Digital Safety Products)
          24-4143 (Civil Data)
          24-4160 (Scalable Commerce)
          24-4174 (Labels & Lists)
          24-4176 (Innovis)
          24-4178 (Accurate Append)
          24-4256 (Zillow)
          24-4269 (Thomson Reuters)
          24-4324 (Restoration of America)
          24-4383 (Accuzip)
          24-4389 (Joy Rockwell)
          24-4664 (RocketReach)
          24-5658 (Searchbug)
          24-5656 (Alesco)
          24-5600 (Property Radar)
          24-7324 (U.S. Data)
          25-9224 (Freedomsoft)

Dear Judge Bartle:

  This firm represents plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are covered persons under <u>N.J.S.A.</u> 56:8-166.1(d); and the individual plaintiffs (collectively, "Plaintiffs"), in the above-referenced matters. Plaintiffs respectfully submit this letter to provide a status update regarding the entry of confidentiality orders in the above-captioned actions pursuant



Hon. Harvey Bartle, III, U.S.D.J.
March 6, 2026
Page 2 of 3

to the Court's directive that Defendants advise Plaintiffs on or before January 21, 2026—and as subsequently extended by Text Orders dated February 17, 2026, February 24, 2026—whether the District of New Jersey's standard form confidentiality order was agreeable.

As set forth below, the matters presently fall into the following categories:

1. Matters in which mutually agreed confidentiality orders have been entered or are pending entry;
2. Matters in which the parties have reached an impasse; and
3. Matters where Defendants have failed to comply with the Court's January 7, 2026 Order.

**1. Pending Confidentiality Orders**

The following Defendants have confirmed their agreement to the District of New Jersey's standard for confidentiality order:

- Accurate Append, Inc. (No. 24-4178);
- Restoration of America (No. 24-4342); and
- Freedomsoft303, LLC (No. 25-9224).

Plaintiffs will include these three Defendants in their motion for a protective order, along with those Defendants who have failed to comply with the Court's Order.

**2. Impasse**

As previously advised, several Defendants declined to agree to the District of New Jersey form confidentiality order and instead provided proposed revisions. Despite good-faith efforts, the parties have reached an impasse in the following matters:

- Accuzip Inc. (No. 24-4383);
- The Alesco Group, L.L.C. (No. 24-5656);
- Joy Rockwell Enterprises (No. 24-4389);
- Searchbug, Inc. (No. 24-5658);
- U.S. Data Corp. (No. 24-7324);
- Zillow, Inc. (No. 24-4256).
- DM Group, Inc. (No. 24-4075);
- Deluxe Corp. (No. 24-4080);
- Property Radar, Inc. (No. 24-5600);



Hon. Harvey Bartle, III, U.S.D.J.
March 6, 2026
Page 3 of 3

- RocketReach, LLC (No. 24-4664);
- Innovis Data Solutions, Inc. (No. 24-4176);
- Thomson Reuters Corp. (No. 24-4269); and
- Amerilist (No. 25-5775)

Among the issues on which the parties are unable to reach agreement are (i) Atlas's and its in-house counsel's access to materials designated as "Competitor Information," and (ii) provisions governing the use of artificial intelligence in connection with these proceedings.

Defendants Accuzip, Alesco, Joy Rockwell, Searchbug, U.S. Data Corp., and Amerilist are represented by the same lawyers at Greenspoon Marder who are currently on trial. The parties have been unable to discuss a resolution of outstanding issues since our last update to the Court and include them here out of an abundance of caution.

### 3. Non-Compliance

Plaintiffs have not received Defendants' positions regarding the proposed confidentiality order in the following matters:

- Civil Data Research, LLC (No. 24-4143);
- Digital Safety Products, LLC (No. 24-4141);
- Labels & Lists, Inc. (No. 24-4174); and
- Scalable Commerce, LLC (No. 24-4160).

Plaintiffs will file a motion to enter the district of New Jersey form protective order in these cases.

Respectfully,

**PEM LAW LLP**
*Attorney for Plaintiffs*

*/s/ Jessic A. Merejo*
JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)