UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   March 24, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   META GODDARD

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4176 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
INNOVIS DATA SOLUTIONS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 11:32a.m.      Time Adjourned: 11:34a.m.      Total Time in Court: 0:02