**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>INNOVIS DATA SOLUTIONS, INC., *ET AL.*,<br><br>Defendants. | Civil Action No. 1:24-cv-04176-HB |
| ATLAS DATA PRIVACY CORP., *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-04664-HB |

**DEFENDANTS INNOVIS DATA SOLUTIONS, INC.'S AND ROCKETREACH LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

**TROUTMAN PEPPER LOCKE LLP**
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Robert A. Jenkin, II
104 Carnegie Center, Suite 203
Princeton, NJ 08540
609.452.0808
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com
Robert.jenkin@troutman.com

*Attorneys for Defendants Innovis Data Solutions, Inc. and RocketReach LLC*

On August 28, 2026, Plaintiffs moved to compel Defendants Innovis Data Solutions, Inc. ("Innovis") and RocketReach LLC ("RocketReach"), along with other defendants, "to schedule an ESI conference with Plaintiffs[,]" for which the Court had not previously ordered a specific deadline for completion, but indicated should occur by early September (the "Motion"). ECF 135-1 at 3; 135-3 at 40:12-14. Additionally, the Motion seeks the extension of all discovery deadlines set forth in the Court's July 30, 2026 Order. ECF 135-1 at 3. The Motion should be denied as moot as it pertains specifically to Innovis and RocketReach.

On September 7, 2026, Innovis participated in an Electronically Stored Information ("ESI") conference with Plaintiffs. *See* Declaration of Jason A. Spak. Innovis later confirmed it had no objection to Plaintiffs' request for a two-week extension of all discovery deadlines. Likewise, on September 8, 2026, RocketReach participated in an ESI conference with Plaintiffs, during which RocketReach advised Plaintiffs it had no objection to Plaintiffs' request for a two-week extension of all discovery deadlines. *See* Declaration of Tambry L. Bradford. To the extent the Court is inclined to grant Plaintiffs' request for a two-week extension of all discovery deadlines, Innovis and RocketReach do not oppose the request. As there is no dispute between the parties, and the sole relief from Innovis and RocketReach the Motion seeks to compel has occurred, indeed, not just the scheduling but also the completion of an ESI conference, the Motion should be denied.

/s/ Robert A. Jenkin, II
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Robert A. Jenkin, II
Troutman Pepper Locke LLP
104 Carnegie Center Dr., Suite 203
Princeton, NJ 08540
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

Robert.Jenkin@troutman.com

-and-

Jason A. Spak (admitted *pro hac vice*)
Troutman Pepper Locke LLP
501 Grant Street, Suite 300
Pittsburgh, PA 15219
jason.spak@troutman.com

*Attorneys for Innovis Data Solutions, Inc. and RocketReach LLC*

**CERTIFICATE OF SERVICE**

I certify that, on September 8, 2026, true and correct copies of the following documents were filed and served on all counsel of record via the Court's electronic case filing system: (1) Opposition to Motion to Compel; (2) Declaration of Jason Spak; (3) Declaration of Tambry L. Bradford; and (4) this Certificate of Service.

/s/ Robert A. Jenkin, II
Robert A. Jenkin, II
Troutman Pepper Locke LLP